# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
United States District Court
Southern District of New York

Mag. Dkt. No. **22-mj-6567**                                    Date **9-26-2022**

USAO No.

The Government respectfully requests the Court to dismiss without prejudice the

☐ Complaint     ✔ Removal Proceedings in

United States v. **Jaime Serrano**

The Complaint/Rule 40 Affidavit was filed on **8-9-2022**

✔ U.S. Marshals please withdraw warrant

KINGDAR PRUSSIEN  *Digitally signed by KINGDAR PRUSSIEN*
*Date: 2022.09.26 11:54:22 -04'00'*

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

(print name if signature handwritten)

**SO ORDERED:**

DATE: 9-26-2022

*[signature]*
UNITED STATES MAGISTRATE JUDGE